[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 19-13505

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

GREGORY THOMAS APICELLA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:18-cr-00049-SPC-NPM-1

_____

Before WILSON, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

David Mengers, appointed counsel for Gregory Apicella in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Apicella's convictions and sentences are **AFFIRMED**. Apicella's motion for new counsel and motion for reconsideration of the prior order denying his motion to discharge counsel are **DENIED AS MOOT**.